U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2018 JUL 27 PM 1:16

CLERK
BY_____
DEPUTY CLERK

The Defendant agrees to proceed with deliberations in his trial with ten jurors and that ten jurors may render a verdict in his case. The government consents to this as well.

This 27th day of July, 2018

John Chinnici

E M Allen

Barbara A. Masterson    7/27/18