## Index of Exhibits

Exhibit 1:     Detective Cole Narrative of Probable Cause

Exhibit 1a:    John Chinnici Criminal Record Check 1/13/16

Exhibit 1b:    John Chinnici FBI Record Check 1/13/16

Exhibit 1c:    Bennington PD Law Incident Table

Exhibit 1d:    Anthony Falace written statement

Exhibit 1e:    Lt. Dutcher Report, 1/18/16 and Martin's Mobil surveillance video

Exhibit 1f:    Aerial photo of Bennington, Vermont, Government Ex. 1.

Exhibit 2:     Bennington PD Sgt. Stemp, Interview of Anthony Falace, 1/11/16

Exhibit 3:     Excerpt, interview of Anthony Falace, 1/11/16 @ 4:06 am

Exhibit 3a     Anthony Falace DDR, *State v. Falace,* Doc. No. 1327-12-12 Bncr

Exhibit 4:     Interview of Scott Galusha, 1/11/16 @ 4:19 am

Exhibit 5:     Interview of Austin Mayhew 1/14/16 @ 12:45 pm

Exhibit 5a:    Vanessa Garcia proffer, 6/6/18

Exhibit 6:     Application/Affidavit for Search Warrant of Mayhew/Garcia Apartment by Officer Murawski on 1/12/16

Exhibit 7:     Search Warrant for Mayhew/Garcia Apartment 1/12/16

Exhibit 8:     Mayhew/Garcia Search Warrant Return 1/14/16

Exhibit 9:     Mayhew Arrest Custody Report 1/14/16

Exhibit 10:    Garcia Arrest Custody Report 1/15/16

Exhibit 11:    Mayhew Interview: 1/14/16, 7:00 am

Exhibit 11a:   Mayhew *Miranda* form, 1/14/16, 6:45 am

Exhibit 12:    Interview of Vanessa Garcia, 1/14/16 @ 7:46am

| | |
|---|---|
| Exhibit 12a. | Bennington Police Department General Order Interview Policy |
| Exhibit 13: | Garcia *Miranda* form, 1/14/16 @ 6:40 am |
| Exhibit 14: | Interview of Mayhew, 1/14/16 @ 9:57 am |
| Exhibit 15: | Interview of John Chinnici, 1/14/16 @ 11:25 am |
| Exhibit 16: | Interview of Mayhew, 1/14/16 @ 12:45 pm |
| Exhibit 16a: | AUSA Masterson to Attorney Williams, 11/28/18 |
| Exhibit 17: | Mayhew Conditions of Release 1/14/16 @ 2:10 pm |
| Exhibit 18: | John Chinnici Arrest Report (Gulley), 1/14/16 – time of arrest is 3:00 pm |
| Exhibit 19: | John Chinnici Arrest Custody Report (Cole), 1/14/16 - time of arrest is 3:30 pm |
| Exhibit 20: | Interview of Garcia, 1/14/16 @ 6:10 pm |
| Exhibit 21: | Interview of Mayhew, 1/14/16 @ 4:18 pm |
| Exhibit 22: | Interview of Mayhew, 1/14/16 @ 4:39 pm |
| Exhibit 23: | Mayhew *Miranda* form, 1/14/16 @ 4:10 pm |
| Exhibit 24: | Interview of Mayhew, 1/14/16 @ 5:13 pm |
| Exhibit 24a: | Sworn Recorded Statement – Mayhew, 1/14/16 @ 5:00 pm |
| Exhibit 25: | Interview of Mayhew and Garcia, 1/14/16 @ 6:19 pm |
| Exhibit 26: | Chinnici *Miranda* form, 1/14/16 @ 6:35 pm |
| Exhibit 27: | Sworn Recorded Statement and Interview– Chinnici, 1/14/16 @ 6:35 pm |
| Exhibit 27a: | Det. Silvestro cell site location warrant application, 1/27/16 |
| Exhibit 28: | State v. John Chinnici, Information and Probable Cause Affidavit, 1/15/16 |
| Exhibit 29: | John Chinnici DDR, *State v. Chinnici*, Doc. No. 50-1-16 Bncr |
| Exhibit 30: | Search Warrant Application for John Chinnici Samsung Phone, 1/15/16 @ 4:27 pm |
| Exhibit 31: | ROI by ATF Special Agent Brown, 2/29/16 |

| | |
|---|---|
| Exhibit 32: | Vanessa Garcia DDR, *State v. Garcia*, Doc. No. 55-1-16 Bncr |
| Exhibit 33: | Email re Frank Chinnici: AUSA Masterson to Attorney Williams, 10/10/18 |
| Exhibit 34: | Frank Chinnici Criminal Record Check |
| Exhibit 35: | Email re Frank Chinnici: AUSA Masterson to Attorney Williams, 11/9/18 |
| Exhibit 36: | Frank Chinnici Facebook Cover Photo, Updated 11/14/15 |
| Exhibit 37: | ATF confidential file (filed under seal) |
| Exhibit 38: | Bennington Police confidential file (filed under seal) |
| Exhibit 39: | Photo of Frank Chinnici |
| Exhibit 40: | Detective Silvestro Search Warrant Application for John Chinnici AT&T Subscriber Information, Cell Data and Site Information, Call Record, and SMS/MMS Communication Content 2/23/16 |
| Exhibit 40a | Detective Silvestro Search Warrant Application for John Chinnici AT&T Subscriber Information, Cell Data and Site Information, Call Record, and SMS/MMS Communication Content 1/25/16 |
| Exhibit 41 | Austin Mayhew DDR, *State v. Mayhew*, Doc. No. 54-1-16 Bncr |
| Exhibit 42 | Det. Cole statement re: Anthony Falace Facebook review, 1/11/16 |
| Exhibit 43 | Hemmings video, 1/11/16 – 12 midnight until 1 am |
| Exhibit 44: | Austin Mayhew interview, 3/16/16 |
| Exhibit 45: | Anthony Falace interview, 12/17/18 |
| Exhibit 46: | Excerpt from Austin Mayhew grand jury testimony (filed under seal) |
| Exhibit 47: | United States Probation Office reports (filed under seal) |