# EXHIBIT

# 16

# STATE OF VERMONT

**SUPERIOR COURT**
Bennington Unit

**CRIMINAL DIVISION**
Docket No. 50-1-16 Bncr

**STATE OF VERMONT**

**VS.**

**JOHN CHINNICI**

Subway Robbery, Martin BE Robbery, Mayhew – 01/14/2016 @ 12:45 pm



DEFENDANT'S
EXHIBIT
Blumberg No. 5114

Q3    So, Mr. Mayhew and I have had a long conversation and he's scared out of his mind about things and ah play the game.

A     Of what?

Q3    The both of you tell me also you know, at first you didn't think I really cared about anything but I told him about my involvements in this community and that I do care and that we've spent a lot of time working these robberies.  He does have concerns about Mr. Chinnici.  Um, Mr. Chinnici's father is an asshole, which I did agree with him on.  Right?  Um, and he's concerned that Chinnici's brothers will will get to him.  Um, but I did tell him that it was my belief that once Chinnici was arrested for this armed robbery, which he did commit over at Citizen's Bank, um, with the night drop from Martin's, ah that he would go back to federal jail because he's on federal probation.  That's my understanding.

Q     Confirmed.

Q3    Confirmed?

Q     Yes.

Q3    Okay.

Q     Confirmed that yes, he is right now for weapons related charges.

Q3    Okay.  So with that being said, he has struggled.  He's never been arrested before?

Q     For weed, right?

A     Yea.

Q     I don't know what happened.

A     Dismissed.  [inaudible]

Q3    Well that's fine.  He has no criminal history to speak of.

Q     Right.

Q3     Um, just he admits that he's been using Suboxone for a while, so just legitimately got on the program Monday.

Q      Good.

Q3     Um, really doesn't want to lose his job at NSK. He used to work up at Dailey's in Shaftsbury, working 60, 70 hours a week. That got cut down to like 16-18 hours a week.

Q      Austin, you worked with my brother Tim.

A      I don't know.

Q      He got the shaft like you did.

A      Uh hum.

Q      You know he got called back. He told them screw it.

A      Yea. I would too.

Q      Uh hum.

Q3     So that's why he took the job at NSK. A cut in pay, but not really because he was able to get all these hours.

Q      And he's on full time, with them, not a _____.

Q3     So, what we talked about, quite honestly, was the fact that um he does not want Vanessa in trouble. Um so I asked him to tell me the truth about what happened at Citizen's Bank. Um, and Austin was there. He stood back. He fell behind in his bills. Um, after they got the bank bag, um, they ran. They ran up the little alleyway. Um, he ran up West Main Street ah to a certain point. Um the other guy that was with him, Chinnici, kind of ran over by Sunny Side Diner and got a little fucked up but anyway, they, they ran up between some properties over towards Grant Street. They never made it to the traffic light um at the intersection of Dewey Street. Um, they ran up over by Grant, up Dewey Street, and got by the hospital. Right?

A      Yea.

Q3     They kind of split the proceeds a little bit. Um, not by counting it. He says that the other guy that was there reached in the bag, right? Gave him some of the money. He ends up with between $6 and $700 to the best of his recollection. The other guy got the other money and they split up. Later on at some point, the other guy shows back up at his house. He knows he's on video, getting coffee with the freak, I told him.

Q      Uh hum.

Q3     Am I lying about anything?

Q      That's what was described and that's what, now we know why 'cuz all the tattoo shit.

Q3     So, he lands over in the morning, getting coffee um with the freak, Chinnici, and um really has just, wants to end the story at that. He freely admits that he was there. He participated. Um, not his gun. The BB gun that was found at the house that looks like a real gun is for killing squirrels. We actually laughed about it. He told me how he caught one squirrel with his daughter um and I believe it. I also believe that he is telling me the truth to the best of his ability right now. No threats or promises have been made to him with the exception of, I did say I would get him a cigarette, and that he could have some physical contact, not physical physical contact, but he can see Vanessa before they head off to court. Because I told him quite honestly that they were going to go separate rides to court.

Q      Does Vanessa have knowledge?

A      No.

Q      She has no clue? Why did she lie about the comings and goings Sunday night?

A      I don't know. She, I mean you guys busted in our door. Obviously she knew something was messed up.

Q      I mean I can understand you not being truthful with what now has come out, but why, if she had no clue you did that?

A      She was just trying to protect me.

Q3     They are right in love. I mean he he shares with me that they've bonded together.

Q        Eight years.  Eight years.

Q3       That they want to be together.  They've got a nice apartment.  Um, they've got a great dog.  Um, and he just, he just wants to be with Vanessa.  That's, that's what he told me and this has really fucked things up.  And quite honestly, he doesn't know what he was thinking that night.  He just fucked up.

Q        So let let me ask you this.  The night at the bank, was any of those guys carrying anything in their hands?  Where'd the money come from?  Where did they have it on their person?

A        In his coat.

Q        Okay.  Was the guy that was wearing the coat carrying anything else?

A        I don't know.

Q        Did he have a plastic bag that he threw down first?

A        Yea, I think so.

Q        Okay.  What did the bag of money look like?  What, describe that bag.  Color?

A        Black I think.

Q        And how does it open?

A        I don't know.  I didn't have it.

Q        Okay.

Q2       Was the bag handed or or something else?  How did, how did you get the bag of money?

A        It was picked up.

Q2       Where was it where you picked it up?

A        It was on the ground.

Q2       Okay.

Q        Who picked it up?

A        I did.

Q        And did what with it?

A        Just ran with it.

Q      Okay. So you're the one that left the property with it, not Chinnici? I know, I know what those two guys said who picked it up and the it was the guy that didn't say anything, which would be you, correct? He says you know I looked at that guy and I didn't think he wanted to be there because when our eyes locked, his eyes looked down. That was you. The unwilling participant. Or whatever. So how did this, how did this come to be, Austin?

A      I just fucked up.

Q      No, no, no. But how did this…

Q2     The plan.

Q      The plan?

A      It was just, I don't know. It wasn't planned when this happened.

Q      But but it can't because you have to know what time…

A      We were just looking for somewhere and we just happened to see them.

Q      See them what?

A      Closing down.

Q      So where were you watching from?

A      Over by the bank, like when we walked through the parking lot, we seen the lights go off and them walk out and just happened to work out that way. That's all it was.

Q      So whose idea was that? I mean did, whose idea was it to stand and watch?

A      Mine.

Q      Okay.

Q3     We also talked Austin about what I asked you almost the same question. I asked you about how you knew that bank drop was gonna take place and you told me that you knew that they would be making a drop after they closed, right? 'Cuz I specifically asked you about that minutia and asked you if he had any involvement and you freely admit that you know Scott but you told me he wasn't involved.

A      Right.

Q3     Right.

Q      'Cuz your sister Jocelyn is with him.

A      Uh hum.

Q2     So he had no part of this?

A      No.

Q2     What about the other guy?

A      What other guy?

Q      Anthony.  The guy with the money bag.

A      No.

Q2     What, what happened to the gun?

A      I don't know.  I didn't have it.  I never had a …

Q      Can you… what did it look like?  What is it?  I know what we're told.

A      I really don't know.

Q      Color?

Q2     He never showed it to you beforehand?  Said this is what I'm gonna use to, I mean…

A      No.

Q2     Did you know he had one?  I mean you just weren't going to walk up…

Male   We're on the road to discovery here.  We want to make sure we're honest so that we can say that you're honest and that's that's why they have these questions for you.  I don't want you to feel uncomfortable.  In fact, I'm gonna step out for a minute 'cuz I want to hold up to my end of the deal with the cigarettes.  Is there a specific brand?

A      Anything.

Male   Okay.

A      I'd rather it not be menthol but I'll take it if that's all…

Male   Let me talk.  Can't make any promises.  Let me see what I can do, okay?

[Male leaves room]

Q2     There had to be some point where the discussion of gun came into play 'cuz you just weren't gonna walk up to two guys on the street and say, give me your stuff, without having some sort of something.

A     The guy I was with, it's pretty big.

Q2     Chinnici? Ah, John? Where do you think, we would like to find the gun. Whether it's real, fake, plastic, I don't care.

A     I have no idea. I don't know.

Q     What was it, black or silver or camo? We know what the two guys described it as.

A     I think it was silver.

Q     Was it an automatic versus a revolver? Do you know the difference? An automatic looks like your pellet gun, that design. A revolver is like the old six shooter.

Q2     Six cylinder.

A     It wasn't a revolver.

Q     Okay. Where did he have it prior to...?

A     I don't know.

Q     Okay.

A     I really don't.

Q     All right. The mask. What were they? Or what was over the face?

A     Masks.

Q2     What were they?

Q     What kind of a mask?

A     Clothes.

Q     Clothes. I mean, help me with that. Like a turtleneck or was it a scarf, or what was it?

A     Shirt.

Q     Okay.

Q2    Where's the shirt now?

A    It's gone.

Q2    What did you do with it?

Q    Could we find it anywheres?

A    No.

Q    Okay.

Q2    What did you do with your half of the money?

A    Caught up my bills.

Q2    Paid bills?  Okay.  So where did Chinnici go after this?  Where did you two go?  After splitting up

the cash?  Where did you go?

A    Home.

Q2    Where did he go?

Q    Did he go to your house with you?

Q2    He did not.

Q    Why is he at your house the next morning?  Austin?  Why was he there in the morning?

A    Me and John went over and got coffee.

Q    Yup.  But why'd he show up?

A    To get coffee.

Q2    That's simple enough.  So you don't know what he did with the gun.  Other than his dad's place,

where would he go?

A    I don't know.  I don't know him.  I told you I didn't know him.

Q    But you went to have pizza with him?  So, let me ask you this.  You guys went to Dover to have

pizza.  When you got done having pizza, did all three of you come back to town?  So three of you came

back to Bennington?  'Cuz we've talked to him and we talked, he had a buddy over there at the pizza

place?  Bobby.  I've talked to Bobby.  He says that John, his cousin and her boyfriend came there for pizza.

After they left, John stayed there. But he wouldn't tell me that to begin with. He said oh they left. You know why? Bobby's on probation. He's not supposed to have anybody with him. Did Chinnici stay there or come back with you?

[no answer – long silence]

Q       Guess he had to come back with you, right? If you guys did that thing together, he had to come back with you.

A       I never said it was him.

Q       Hmm?

A       I never said that it was him.

Q       That what? Did the robbery?

A       Yea.

Q       You never said it was John Chinnici?

A       Nope.

Q       You know we're coming in here, right? At the end? Or after you've already talked, who was it?

[no answer]

Q       [on radio: 51 to Bennington. Ask 41 to step back in here as soon as he can.] So I was just going over some of the details with Austin, and what Mr. Chinicci told us about their movements and this and that and he ends up saying I didn't tell you that it was Chinicci.

A       I didn't. I never said that.

Q       Well like I said, I wasn't here so I need...

Q3      We talked about the other guy...

A       That I was with somebody, that's all.

Q3      He is afraid to throw that into the mix because he wants to know, well as I would, he wants to make sure that um he is protected from Chinicci and his family.

Q2      So this other guy has a connection to Chinicci? Is that basically...

Q       Or is it not John, it's one of the others. I was just, what I was trying to do Chief, is I told him that we had talked with the guy at the pizza place. We did. We had talked to Chinnici who was not forthcoming to begin with and ultimately the pizza guy, ultimately says that when Austin and Vanessa left the pizza parlor, they left John behind. And I said so did he come with you or did he not? Did he come with you or did he? And that's the stumbling block. And I says well I thought you said John did the thing with ya. He says I never said it was him. So that's why I had to bring you back because I wasn't here for that.

A       All I said was that I was there, I wasn't the one with the gun, and that's all.

Q       Okay. Well you know I wasn't here for that, right?

A       Yea, I know.

Q       Okay. So…

Q3      Listen, we talked about the freak that you were with him in the morning. I know this is tough for you. And you're, you know, I'm at that point right now where you know I'm trying to do what's right for you which we've done. We've talked about how you stood back, you picked up the bag. You know damn well that Chinnici was with you. You just don't want to stay it right now. You and I talked about Chinnici but you don't want to say to the detectives that it was Chinnici and I know you're afraid of what he's gonna read in an affidavit of probable cause.

Q       How are we gonna protect you from someone that we don't know who it is for sure?

Q3      You gotta, you gotta be honest and we gotta get through this. I mean this is, this is your life. We talked about all of this. This is your life moving forward with Vanessa. You admitted it. You fucked up. You made a terrible mistake, you told me you'd never been arrested before. I could care less about the marijuana thing, 'cuz that was dismissed. You have no criminal history. We have got to get to the bottom of this 100%.

A       Yea. But I don't know. It just doesn't feel right.

Q     Did John Chinnici come back to your house in the morning to threaten you that you better not run your mouth?

A     No we went and got coffee.

Q     Right we've got that on video. You paid for it.

A     Uh hum.

Q     I told you my involvement in it. That's what we discussed.

Q3    So you only want to talk about officially to the detectives your own involvement? You just want to refer to the other person as the other guy?

Q     Don't take the whole hit, Austin. Please don't.

Q3    You didn't have the fucking gun. We talked about this. You're not the guy with the gun. You stood back. You gave no verbal commands. When the bank bag went to the ground, yea you picked it up and yea you ran. You did not have the gun that threatened those two store clerks. Don't take the rap for this. You just got onto Suboxone program.

Q     You've got the job. She's got the job.

A     How does any of that help me if I go to jail today?

Q3    I'm not saying you're gonna go to jail today. You have to go to court today. There's no way around that. In front of these guys, I'll tell you straight up, you know, I I know you waived Miranda. I know you spoke to these guys. That's why I wanted to speak to you, but I also told you about the Constitution and the 8th Amendment does not allow bail to be a punishment. We don't send people to jail with high bails as a punishment. We want to ensure your future appearances in court.

A     Right, but…

Q3    Coming out and saying I was involved, this is what I did, I got $6 or 700 dollars out of it. I don't know what kind of gun it was but I know we had a gun. The other guy, you and I talked in here about straightening out your involvement. Yes. We also talked about the fact that you were with Chinnici and in

the morning you went and got coffee. We've talked about all of this. Don't take the rap when you didn't have the gun. You don't want to be responsible for that $1700 to have to pay that back.

Q      We, we can and do at times, when we call about this, this is different. This is a big deal. I will call the state's attorney, THE state's attorney, Erica Marthage, tell her what we've got. Tell her what the bigger fish is and ask her if together she and I can meet with the judge who will set conditions of release that may be advantageous in this situation. But we can't do that knowing that there's another guy out there who is very likely going to keep doing this. I was just telling people. We have parents not allowing their kids to go to work because they think they're going to get shot. We have clerks who say that they're going to have to quit their jobs because they can't work at night. You know? The community is on edge. We have people calling at 6, 7, 8:00 at night. I'm getting ready to close my business. Can you have a police car park outside please because I'm scared. We're on edge here. This is too much. This is not our community, you know? I mean, it is right now.

Q2      We don't want to shoot anybody Austin. You know?

Q      We've got clerks now carrying firearms behind the counter because they're scared. We need help and you need help and you need us to help ya. But we gotta have the full story. Why do you need protection from the Chinnicis? I mean I know they don't like you already. They don't like Vanessa because she ripped off her uncle or whatever but not liking and being protected is another thing. There's three brothers – John, Michael, and Ed, Eddie. Was it one of those three? You know what? One of the um clerk's name's Anthony. Anthony describes the guy with the gun as bigger. He initially said he looked like a Mexican but later on when I was talking to him, he says well, he could be Italian or Puerto Rican and he spoke with a New York accent. And, I'm almost certain I've seen this guy in the probation department because Anthony, one of the clerks, is on probation. When I saw you and John in Hemmings together, I said son of a bitch. That's the Mexican.

Q3      To tell you the truth Austin, I sent somebody up to get cigarettes for you 'cuz I didn't have any, but they bought.

A     Am I allowed to get a lawyer?

Q     Hmm?

A     Aren't I allowed to get a lawyer?

Q     That's part of what was read to you. What do you think, if you tell your attorney what you've told us, which you will, do you, I'm just putting a question out there, do you think an attorney would tell you take all the blame yourself, don't tell him who the other guy is. Do you think an attorney would tell you that? I mean…

A     No.

Q2    Are you looking for something?

A     What do you mean?

Q2    Well I wasn't here for any of that other conversation so I I don't know, but it seems, you're scared of somebody and you're looking for something because you're scared of that. I I can't pick up what you're looking for or what you want. So I mean unless you say it, I I can't read your mind. I don't know.

A     Yea, I don't want to go to jail.

Q2    Okay. That I hear ya. Is there anything else?

A     That's there's nothing that maybe….

Q2    But is there anything else other than that? Because what I picked up on is you're scared of this other person. If you're not scared of the other person, then I'm picking up on something completely different.

A     Well because you guys are trying to get me to tell you his his name…

Q2    Right.

A     And that's me ratting and if I'm going to jail regardless…

Q2    Is it, is it…?

Q     So you're worried about ending up in the same place as him?

Q2     I'm just trying to figure out your concerns.  Is it the ratting?  Is it you're scared of the person?  Is it both?  Is it...

A     All of it.

Q2     All of it.  Okay.

Q     If If you knew that you were not going to jail today, does that make any difference to what you're struggling with?

A     Yea.

Q     It does?

A     Probably.

Q     So if I could, and I don't know, if I could determine that today you would not be going to jail for the involvement with Mensers, or with the Mobil, would that give you what you need to give us that name?

A     Where would I be going?

Q     If you didn't go, go home.  That's the only choice.  Jail or home.  You would?  And I, I don't have that power but our, is it a possibility that the person we're asking you about would be the person that... yesterday we ran John Chinnici criminal history.  From that we confirmed that he's on federal probation.  Okay?  Knowing that he is on federal probation and that if he was involved in the robbery Sunday night, Monday morning, I can tell, I'm trying to formulate my conversation that I'm gonna have with the state's attorney.  Then we are, I never want to say 100%, but 99.99999 that he's gone.  Gone.  We don't want you and him in the same facility 'cuz, rightyfully so.  Is that kinda what I should be saying to the state's attorney?

A     I don't want to be in any facility.

Q     Well we only one one.  Rutland.  So we've got two separate things.  We've got that drug thing with um Corellos and Rob Morofski's handling that.  I'm not going to talk to him.  And Tony or I are handling this and all the others.  You on your own have admitted to doing this.  No question, let's go to jail.  It is what it is.  But what the chief is saying is true.  The other guy at this juncture and especially since it's him,

is even more critical for us to have put away, okay? Let me ask you this. Do you have when we're putting it out there, do you have any thoughts on who has done some of the others? Could it be this same guy? You don't know.

A    No I don't. I really don't know.

Q    So we could take care of one thing with one person but we got all the others open. Huh. Yup.

A    All I know is I fucked it up.

Q    True.

A    I'm not a bad person. I work hard every day.

Q    You're how old? 2….

A    7.

Q    You made it to 27 with one arrest or whatever? And you worked. You're at Daily's. That's hard work and long hours, right?

A    I'm a crew leader there.

Q    There you go. I know from my brother working there, the stupid hours. I mean good money but not much of a life. If you could, how long were you there?

A    Two years.

Q    There you go. What's that say to your, that speaks to your work ethic. To work on the form crew, right? What crew were you on?

A    That.

Q    Form crew. What did you usually go in?

A    5.

Q    a.m.?

A    Yea.

Q    And sometimes you weren't out there 'til 7 at night or something, right?

A    Yea.

Q       Do you know my brother?

A       Yea.

Q       Okay.  He worked the hours too 'til he fell of the ledge there, but… were you there for that?

A       No.

Q       Okay.  Got airlifted out of there.  But whatever.  I know the crazy hours.  I know how hard the work is.  My own son went there.  He didn't do it.  'Course he was really young but and you'd still be there today probably, right?  What did you do?  You went right out and got another job.

A       I had a job two days later.

Q       There you go.  That tells me who you are.  How many kids, young people around here, don't work.

A       A lot of them.

Q       And use the system.

A       A lot of them.

Q       Right.  And Vanessa works, right?  And she was working at Subway, then she went to NSK, is that correct or was there something else in the middle?

A       Um, I'd have to…

Q       You got an apartment, got a car, got a job.  Got a big dog.

A       Got a big cat.

Q       Do ya?

A       Nobody seen him?

Q       Well they hide pretty good when they're scared.

A       Yea.

Q       Dogs can't hide so easy.  So if you can get assurances that you will not go to jail today, that you will walk out of here today, with charges, you will tell us who that other person is, is that what I'm supposed to say to the state's attorney?

A       With charges?

Q       Yea. You got the charges that you got. We we can't make the charges go away Austin. That's, I can't make the charges go away. I can't. That's not for us to do. We can't do that. That's not us. As things go forward, things can happen. Absolutely, positively, especially with your record, lack of record. Absolutely you are a person that has options. I can't promise ya. I I'm recording our conversation. I can't promise you. That's not me. We do this part, we turn it over, you know how that works. I mean it's Law and Order you know. But I've been here a little over 40 years. I'm not gonna tell you something I can't do and I'm not gonna something, I mean, I'll tell you what, I can make this call and I can ask Erica Marthage or say this is what we have, can you help me accomplish this and she'll tell me. And I'm gonna come back in and tell ya whether I can do it or not. But there'll be charges because it's gotta go through its course. You're gonna be charged with whatever the drug thing is that's already there and you're gonna be charged with the Martin's thing. You are. It just depends on what that means is what happens to you next, like once we get done, we have to call. Without us saying anything, you're going to jail. Vanessa will probably walk just because, I'm guessing, but she has that one previous drug thing. I don't, that was in 2012 I think. I don't think that will have much of an effect. When we call for her, you know, possession or sale and conspiracy, you know, whatever the charges, and I don't know. It's not my case. More than likely she'll walk. We could also suggest it would help us if she walked as in conditions of release. Do you know what that is? Okay. No matter what, you get conditions of release, but the very first thing is, bail is set at whatever and if there's no bail, then it goes down and it says ah shall go to court on such and such a date which would be tomorrow. If if you're not gonna be held, I would assume they would say you go to court tomorrow. All right? That's what I would assume would happen when we call on Vanessa. But when we call on you, and say we got these drug charges and we got armed robbery, it could be hold without bail if we don't try to intercede. If we don't try to do something that you're asking us to do so that you give us the name of the guy with the gun. That's where we're at right now. You're still gonna be charged with the robbery of Martin's. We can't avoid that. We can't, that's, that's, but if somewheres down the road, so

I've charged people with aggravated assault, right? And ultimately they plead to simply assault. That goes down the road. But you're born and raised here? Right?

A       Pretty much.

Q       Been here how long?

A       Like nine years.

Q       Hmm?

A       Nine years.

Q       So where were you before?

A       New Hampshire.

Q       Okay. So you're not like from New Mexico or the west coast or whatever? And you are gainfully employed, have been employed, and you've gotten your own place. You've got a dad. Brothers and sisters? Mom? All here in town? That's part of what they look at. Got family ties, got a home, um you have roots. That's part of what they look at in the State of Vermont. Um, there have been people that have killed other people and walk out on conditions of release. It floors me but it happened in Brattleboro. It happens. It happens.

A       Do you honestly think that's what's gonna happen to me today?

Q       That what? That you walk out of here?

A       Yea. The truth. I don't want …

Q       Are you concerned that you tell me if you can help me walk out of here today, I'll tell you who that man is. I go, I talk to the state's attorney, I come back and I says yes, that's the deal. Are you concerned on my honesty? Tell me right up front.

A       Yup.

Q       Okay. Um and if it's the chief or anybody else that hears that same conversation? How, how would we how would we satisfy you in knowing that we were able to orchestrate that situation for you? How would, if I had the attorney on the phone, put her on speaker phone? I'd have to go talk to her first

because, you know, but then I could come back and call her and put her on speaker phone, and you would hear Bennington County State's Attorney's, la la la la...

A      What if she's lying?

Q      We don't do that. This is not, no, that's not us. That's not me. That's not the way we do business. I would not, I do not. I've got morals, scruples ... I know there's a lot of shit in the press. How am I here for 40 years if I'm a liar and a cheat. You can talk to people that I've arrested for sexual assault and all that, and some nasty shit. You know what, we talk on the streets now. They come to me with stuff. Whatever. I don't hold grudges. It is what it is. I've got a job to do. I do it. If somebody gets convicted, that isn't me. I'm not on the jury, you know, it's a jury of your peers make a decision. Now so if somebody got arrested for something and went to jail, I didn't send them to jail. Right? I collect the facts, put them out there. There's a trial or whatever, and it is what it is. But as far as this right here Austin, if I come back in or we, this isn't, this isn't that kind of a game. Plus, I'm recording all of this. Can you imagine if I came back in, and I'll continue to record it, if I came back in and told you this is the deal, you're gonna walk out of here and you don't, the friggen defense attorney would be jumping for joy because that case would be gone. It would. 'Cuz I lied to you. So do you want me to go out and make that phone call and see if that can even be orchestrated? No sense going any further if that can't even be done, and I don't know. I don't know.

A      Yea.

Q      Should I?

A      But you said you were gonna have, he would let me smoke a cigarette and see Vanessa.

Q      Yup, yup. But ...

A      That didn't have anything to do with your time.

Q      Sure.

A      I already told him. You said if I told him my involvement...

Q      Are you going to have any conversations with her about any of this?

A     No, I just want to fucking say bye to her.

Q     Okay, but you're not gonna talk about this.

A     No.

Q     You're not gonna tell her what you told us?

A     No.  I just want to say bye to her.

Q     So you're honest to me too.


[end recording]

# CERTIFICATE

I, <u>Salli Griggs</u>, Notary Public, hereby certify that the foregoing pages, numbered 1 through 21 inclusive, are a true and accurate transcription of the video recording made and transcribed by me for the use in the case of

STATE OF VERMONT vs. JOHN CHINNICI
Docket No. 50-1-16 Bncr

_Salli Griggs_

_____

Salli Griggs