UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br> v. )<br>  )<br> JOHN CHINNICI ) | CRIMINAL NO. 2:17-cr-77 |

## AFFIDAVIT OF JOHN CHINNICI

1. My name is John Chinnici and I am the defendant in this case.

2. In July 2015, I was released from federal custody after serving a 90-month sentence imposed by the United States District Court for the District of Vermont, and moved in with my parents who resided in Bennington, Vermont.

3. Shortly after my release, a Bennington Police officer stopped me on the street, called to me by my first and last name, and told me that I had to contact my federal probation officer; he said that my probation officer was looking for me and that he wanted me to contact him immediately.

4. Shortly after my interaction with the police officer, I called the United States Probation Office and learned that my federal probation officer had not contacted the Bennington Police Department.

5. Officers employed by the Bennington Police Department continued to harass me, telling me at one point that the police didn't want people like me in Bennington.

6. After my release from prison, I purchased a Samsung Galaxy smartphone.

7. My Samsung cell phone was not password protected.

8. I downloaded the Facebook Messenger Application to my Samsung cell phone and regularly used Facebook Messenger to send text messages to my friends, including Trisha Farkas, Stephanie Dockery, and Ashley Raleigh.

9. Because of the way I configured the Facebook Messenger application on my phone, anyone with access to my phone could open the application and see the text messages I had sent using that application.

10. Before my phone was seized, I had not deleted any of the Facebook Messenger texts that I had sent and/or received from my friends.

1

EXHIBIT
70

11. I have learned that the messages I sent using Facebook Messenger were deleted from my Facebook Messenger application sometime after I was arrested.

12. I have never asked or authorized anyone to delete my Facebook Messenger texts.

13. Before trial, I asked my attorney to obtain the call records for Austin Mayhew's cell phone from his cell service provider, AT&T.

14. I told my attorney that I remembered Austin talking on his cell phone after we left Hemmings Motor News on the morning of January 11, 2016.

15. During that phone call, I overheard Austin telling whoever he was talking to that he (Austin) had the other person's money at his house and that as soon as Vanessa gets up, he (Austin) would bring it over to him (the other person on the call).

16. When the call ended, I got upset with Austin because that morning Austin told me he didn't have any money to pay back the money I had loaned him for rent and other personal expenses.

17. Austin tried to calm me down by telling me that he was talking to his sister's boyfriend and that "we did something together and that's his share of the money."

18. At the time, I was aware that Scott Galusha was Austin's sister's boyfriend.

*[signature]*

John Chinnici

Sworn to before me this 30th day of May 2019 in Burlington, Vermont.

*[signature]*

Notary Public KAREN E ANDRESEN
my commission expires 1-31-21