UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN CHINNICI ) | CRIMINAL NO. 2:17-cr-77 |

## **DEFENDANT'S MOTION TO RECONSIDER DETENTION ORDER**

Defendant John Chinnici, by and through counsel, hereby moves this Court pursuant to 18 U.S.C. § 3142 to reconsider the Court's detention order.

In support thereof, he states as follows:

1. On December 19, 2019 this Court granted Defendant's motion for a new trial.

2. Since his arrest in January 2016, Defendant has been in the custody of the State of Vermont on related state charges and, after he was charged in this case, the United States Marshals Service.

3. On September 24, 2019, the Court denied without prejudice Defendant's prior motion to reconsider the detention order.

4. Defendant has lived in Vermont most of his life.

5. Defendant's immediate family resides in Bennington, Vermont.

6. If released, Defendant will reside with his parents in their Main Street, Bennington apartment.

7. Previously, Mr. Chinnici has provided the Court with a letter from a local counselling service indicating that the organization welcomes his participation in that program.

JARVIS, McARTHUR
& WILLIAMS
ATTORNEYS AT LAW
SUITE 2E – PARK PLAZA
95 ST. PAUL STREET
P. O. BOX 902
BURLINGTON, VT
05402-0902
802-658-9411

1

8. As the Court indicated in its order granting the motion for a new trial, the government's case rests primarily on the testimony of Austin Mayhew. The evidence shows that Mr. Mayhew's credibility is, to say the least, somewhat suspect.

9. In addition, Mr. Chinnici did not fit the physical description of the armed robber provided by Anthony Falace and Scott Galusha on the night of the robbery.

10. The Hemmings Motor News surveillance videos directly contradict Mayhew's trial testimony that he and Mr. Chinnici left his apartment and walked straight down Main Street looking for someone to rob.

11. For these reasons and others outlined in Defendant's previous filings, the evidence suggesting that Defendant committed the alleged offense is weak.

12. Defendant would therefore ask the Court to reconsider its detention order and release him pending the new trial on conditions of release.

DATED at Burlington, Vermont, this 20th day of December, 2019.

JOHN CHINNICI

By: /s/David J. Williams
David J. Williams, Esq.
Jarvis, McArthur & Williams

JARVIS, McARTHUR
& WILLIAMS
ATTORNEYS AT LAW
SUITE 2E – PARK PLAZA
95 ST. PAUL STREET
P. O. BOX 902
BURLINGTON, VT
05402-0902
802-658-9411