U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JAN 17 AM 10: 07

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:17-CR-77 |
| ) | |
| JOHN CHINNICI, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

From in or about November 2015, until in or about January 2016, within the District of Vermont, the defendant, JOHN CHINNICI, knowingly and intentionally used a communication facility, namely, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1)), that is, the distribution of Oxycodone.

(21 U.S.C. § 843(b))

_Christina E. Nolan_ (BAM)
CHRISTINA E. NOLAN
United States Attorney

Burlington, Vermont
January 17, 2020