# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:17-cr-077-1 |
| John Chinnici | ) | |
| | ) | |
| *Defendant* | ) | |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2020 JAN 17 AM 11:55
CLERK
BY_____
DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/17/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David Williams, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Christina Reiss, District Judge
*Judge's printed name and title*